GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
THOMAS SIMON
Assistant United States Attorney
Arizona State Bar No. 03857
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: tom.simon@usdoj.gov
Attorneys for Plaintiff



FILED _____ LODGED
RECEIVED _____ COPY

MAY 1 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Mick Careaga, Jr.,

Defendant.

No.    CR-21-00355-PHX-DWL (MHB)

**INDICTMENT**

VIO:    18 U.S.C. §§ 1153 and 1111
(CIR-Murder First Degree)
Count 1

18 U.S.C. § 924(c)(1)(A)(iii) and (j)
(Discharge of a Firearm During and
in Relation to a Crime of Violence
Resulting in Death)
Count 2

18 U.S.C. §§ 1153 and 113(a)(3)
(CIR-Assault with a Dangerous
Weapon)
Count 3

18 U.S.C. § 924(c)(1)(A)(ii)
(Brandishing of a Firearm During
and in Relation to a Crime of
Violence)
Count 4

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about November 14, 2020, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, MICK CAREAGA, JR., an Indian, with premeditation and malice aforethought, did unlawfully kill S.S.

In violation of Title 18 United States Code, Sections 1153 and 1111.

## COUNT 2

On or about November 14, 2020, in the District of Arizona, defendant, MICK CAREAGA, JR., did knowingly use, carry, and discharge a firearm during and in relation to a crime of violence, that is, First Degree Premeditated Murder as alleged in Count 1, a felony crime prosecutable in a Court of the United States and the use of such firearm caused the death of S.S.

In violation of Title 18 United States Code, Section 924(c)(1)(A)(iii) and (j).

## COUNT 3

On or about November 14, 2020, in the District of Arizona, within the confines of the Salt River Pima-Maricopa Indian Reservation, Indian Country, defendant, MICK CAREAGA, JR., an Indian, did assault the victim, R.C., with a dangerous weapon, a handgun, with the intent to do bodily harm.

In violation of Title 18 United States Code, Sections 1153 and 113(a)(3).

## COUNT 4

On or about November 14, 2020, in the District of Arizona, defendant, MICK CAREAGA, JR., did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence, that is, Assault with a Dangerous Weapon as alleged in Count 3, a felony crime prosecutable in a Court of the United States.

In violation of Title 18 United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 11, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
THOMAS SIMON
Assistant U.S. Attorney

- 2 -